IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DANIEL THOMAS ROMERO,<br><br>Plaintiff,<br><br>v.<br><br>UTAH ADMINISTRATIVE OFFICE OF THE COURTS, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-01162-AMA-DBP<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on September 10, 2026, recommending the Court dismiss this action without prejudice because Plaintiff Daniel Thomas Romero lacks standing to bring this action.[1] The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service.[2] No party filed an objection, nor any other item.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court adopts it. As the Magistrate Judge correctly points out, Plaintiff has not identified any injury in fact. Consequently, Plaintiff has not shown he has standing to pursue this matter. Accordingly, the Court will dismiss the action without prejudice. *See Brereton v. Bountiful City Corp.*, 434 F.3d 1213, 1216 (10th Cir. 2006) ("Since

[1] *See* Report and Recommendation (ECF No. 21).

[2] *See id.* at 4.

standing is a jurisdictional mandate, a dismissal with prejudice for lack of standing is inappropriate").

**ORDER**

Based on the above, the Court ADOPTS the Report and Recommendation (ECF No. 21) and DISMISSES this action without prejudice. Let judgment be entered accordingly.

DATED this 1st day of October 2026.

By the Court:

Ann Marie McIff Allen
United States District Judge